IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-654-GMS |
| ) | |
| MAYTAG CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document DEFENDANT MAYTAG CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26(a) was served as follows upon the following attorneys of record on February 20, 2007:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL AND FIRST CLASS MAIL |
|---|---|
| C. Barr Flinn | Chad S. Hummel |
| John W. Shaw | Kathrin A. Wanner |
| Karen E. Keller | Manatt Phelps & Phillips, LLP |
| Young Conaway Stargatt & Taylor LLP | 11355 West Olympic Boulevard |
| The Brandywine Building | Los Angeles, CA 90064 |
| 1000 West Street, 17th Floor | |
| Wilmington, Delaware 19801 | |

Dated: February 20, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Anthony DiSarro
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on February 20, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Karen E. Keller
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on February 20, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

>Chad S. Hummel
>Kathrin A. Wanner
>Manatt Phelps & Phillips, LLP
>11355 West Olympic Boulevard
>Los Angeles, CA 90064

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)