IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-654-GMS |
| ) | |
| MAYTAG CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 20, 2007, copies of Plaintiff's Initial Disclosures Pursuant to Federal Rule 26(a)(1) were served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

### BY E-MAIL AND FIRST CLASS MAIL

Anthony DiSarro, Esquire
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Additionally, I hereby certify that on February 20, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

**BY E-MAIL AND FIRST CLASS MAIL**

Anthony DiSarro, Esquire
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/_____
        C. Barr Flinn (No. 4092)
        John W. Shaw (No. 3362)
        Monté T. Squire (No. 4764)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        msquire@ycst.com

Of Counsel:

Chad Hummel
Kathrin Wanner
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
(310)312-4000
chummel@manatt.com
kwanner@manatt.com

*Attorneys for Plaintiff Dyson, Inc.*

Dated:  February 20, 2007