IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-654-GMS |
| ) | |
| MAYTAG CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document **DEFENDANT MAYTAG CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DYSON INC**. was served as follows upon the following attorneys of record on March 27, 2007:

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND FIRST CLASS MAIL** | **VIA E-MAIL AND FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Chad S. Hummel | Christopher A. Cole |
| John W. Shaw | Kathrin A. Wanner | Manatt, Phelps & Phillips, LLP |
| Young Conaway Stargatt & Taylor LLP | Manatt Phelps & Phillips, LLP | 700 12th Street, N.W. |
| The Brandywine Building | 11355 West Olympic Boulevard | Washington, DC 2005 |
| 1000 West Street, 17th Floor | Los Angeles, CA 90064 | |
| Wilmington, Delaware 19801 | | |

Dated: March 28, 2007           /s/ Francis DiGiovanni
                                Francis DiGiovanni (#3189)
                                Connolly Bove Lodge & Hutz LLP
                                The Nemours Building
                                1007 N. Orange Street
                                Wilmington, DE  19899
                                Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Ronald Rothstein
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Anthony DiSarro
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Attorneys for Defendant Maytag Corporation

# CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 28, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on March 28, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

>Chad S. Hummel
>Kathrin A. Wanner
>Manatt Phelps & Phillips, LLP
>11355 West Olympic Boulevard
>Los Angeles, CA 90064

>Christopher A. Cole
>Gregory W. Fortsch
>Manatt, Phelps & Phillips, LLP
>700 12th Street, N.W.
>Washington, DC 2005

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)