# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Francis DiGiovanni
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

March 28, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

    Re:    *Dyson Inc. v. Maytag Corporation*, Civil Action No. 06-654-GMS

Dear Judge Sleet:

    Defendant Maytag Corporation ("Maytag") takes issue with the "Status Report" (D.I. 53) that was unilaterally prepared and filed by Dyson, Inc., without any input from Maytag. Maytag strongly disagrees with the representations contained in the "Status Report," but rather than burden the Court and engage in unsolicited practice before Your Honor, Maytag will present its positions during the teleconference scheduled for March 29, 2007 at 3:30 p.m.

                      Respectfully submitted,

                      Francis DiGiovanni

FD:rkl

cc:    Clerk of the Court (by electronic filing)
        C. Barr Flinn, Esq. (by electronic filing and e-mail)
        John W. Shaw, Esq. (by electronic filing and e-mail)
        Anthony DiSarro, Esq. (by e-mail)
        Kimball R. Anderson, Esq. (by e-mail)
        Stephen P. Durchslag, Esq. (by e-mail)
        Lisa J. Parker, Esq. (by e-mail)
        Chad S. Hummel, Esq. (by e-mail)
        Kathrin A. Wanner, Esq. (by e-mail)
        Christopher A. Cole, Esq. (by e-mail)

529900_1