IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-654-GMS |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 2, 2007, copies of Plaintiff's Special Interrogatories Regarding Motion for Preliminary Injunction Served Pursuant to Court Order were served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

### BY E-MAIL

Anthony DiSarro, Esquire
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Additionally, I hereby certify that on April 2, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

**BY E-MAIL**

Anthony DiSarro, Esquire
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/_____
        C. Barr Flinn  (No. 4092)
        John W. Shaw (No. 3362)
        Adam W. Poff (No. 3990)
        Monté T. Squire (No. 4764)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        (302) 571-6600
        msquire@ycst.com

OF COUNSEL:

Christopher A. Cole
Gregory W. Fortsch
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, N.W.
Washington, DC  20005
(202) 585-6500

*Attorneys for Plaintiff Dyson, Inc.*

Dated:  April 2, 2007