IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-654-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Court convened a status conference with the parties on March 29, 2007, during which the Court and the parties discussed the status of the preliminary injunction motion that is presently pending in this action;

WHEREAS, Plaintiff Dyson Inc. ("Dyson") requested to take limited 30(b)(6) deposition testimony to obtain information Dyson deemed relevant to the preliminary injunction motion, including the current status of the products and claims at issue in the case, and in order to determine which parties are proper defendants to this action, given the recent corporate restructuring involving the entities manufacturing the vacuums at issue in this case;

WHEREAS, the Court ordered that, in lieu of the 30(b)(6) deposition testimony requested by Dyson, Dyson shall be permitted to serve certain limited special interrogatories on Defendant Maytag Corporation ("Maytag") and that Maytag shall be required to answer these certain limited special interrogatories within an expedited time frame, and that this limited discovery shall be followed by renewed, full briefing on Dyson's preliminary injunction motion;

WHEREAS, Maytag has objected to answering special interrogatories 8 and 9 on an expedited schedule because it is Maytag's position that they are beyond the scope of the special

interrogatories as discussed on the March 29 telephonic hearing with the Court and does not plan to provide substantive responses to those interrogatories on an expedited basis;

WHEREAS, Dyson disagrees with Maytag's view as to whether special interrogatories 8 and 9 are within the scope of the Court's directive; and

WHEREAS, the Court ordered that the parties submit a proposed briefing schedule on the preliminary injunction motion;

WHEREAS, the parties have agreed to extend the date by which a party may move to join other parties from March 29, 2007, as stated in paragraph 2 of the Scheduling Order (D.I. 51), to April 18, 2007, and the date by which motions to amend the pleadings must be filed is not affected by this extension;

WHEREAS, the proposed dates set forth in this stipulation will not otherwise affect any other dates in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court,

1.   Dyson served special interrogatories on Maytag on April 2, 2007.

2.   Maytag shall serve its responses to Dyson's special interrogatories served in connection with this Motion pursuant to the Court's directive (along with any objections) on or before April 13, 2007 (except Interrogatory Nos. 8 and 9, which shall be answered within the time allowed under the Federal Rules.)

3.   Dyson shall serve and file an opening brief in support of its renewed motion for preliminary injunction on or before April 20, 2007.

4.   Maytag shall serve and file an answering brief in opposition to Dyson's renewed motion for preliminary injunction on or before May 4, 2007.

5.  Dyson shall serve and file a reply brief in support of its renewed motion for preliminary injunction on or before May 11, 2007.

6.  All motions to join other parties shall be filed on or before April 18, 2007.

| YOUNG CONAWAY STARGATT& TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ *Monté T. Squire* | /s/ *James D. Heisman* |
| C. Barr Flinn (No. 4092) | James D. Heisman (No. 2746) |
| John W. Shaw (No. 3362) | Francis DiGiovanni (No. 3189) |
| Monté T. Squire (No. 4764) | The Nemours Building |
| The Brandywine Building | 1007 North Orange Street |
| 10000 West Street, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-9141 |
| (302) 571-6600 | jheisman@cblh.com |
| msquire@ycst.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff Dyson, Inc.* | *Maytag Corporation* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge