IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAYTAG CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 06-654-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document **DEFENDANT MAYTAG CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** was served as follows upon the following attorneys of record on April 13, 2007:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL AND FIRST CLASS MAIL | VIA E-MAIL AND FIRST CLASS MAIL |
|---|---|---|
| C. Barr Flinn <br> John W. Shaw <br> Young Conaway Stargatt & Taylor LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 | Chad S. Hummel <br> Kathrin A. Wanner <br> Manatt Phelps & Phillips, LLP <br> 11355 West Olympic Boulevard <br> Los Angeles, CA 90064 | Christopher A. Cole <br> Manatt, Phelps & Phillips, LLP <br> 700 12th Street, N.W. <br> Washington, DC 2005 |

Dated: April 13, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Ronald Rothstein
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Anthony DiSarro
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Attorneys for Defendant Maytag Corporation