IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-654-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Court ordered that the date by which a party may move to join other parties be set for April 18, 2007 (D.I. 62);

WHEREAS, the parties believe that they are close to reaching an agreement concerning the additional parties that are to be joined as defendants to this action, and are now in the process of preparing a stipulation and proposed order, and jointly seek additional time to finalize the stipulation and proposed order; and

WHEREAS, the proposed date set forth in this stipulation will not otherwise affect any other dates in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court,

1. All motions to join other parties shall be filed on or before April 23, 2007.

| YOUNG CONAWAY STARGATT& TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Monté T. Squire | /s/ Francis DiGiovanni |
| C. Barr Flinn (No. 4092) | Francis DiGiovanni (No. 3189) |
| John W. Shaw (No. 3362) | The Nemours Building |
| Monté T. Squire (No. 4764) | 1007 North Orange Street |
| The Brandywine Building | Wilmington, DE 19801 |
| 10000 West Street, 17th Floor | (302) 658-9141 |
| Wilmington, DE 19801 | fdigiovanni@cblh.com |
| (302) 571-6600 | |
| msquire@ycst.com | *Attorneys for Defendant* |
| | *Maytag Corporation* |
| *Attorneys for Plaintiff Dyson, Inc.* | |

SO ORDERED this ____ day of _____, 2007.

                                                  United States District Judge