IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-654-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document **DEFENDANT MAYTAG CORPORATION'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES NOS. 8 AND 9** was served as follows upon the following attorneys of record on May 2, 2007:

| VIA HAND AND E-MAIL: | VIA E-MAIL AND U.S. MAIL: | VIA E-MAIL AND U.S. MAIL: |
|---|---|---|
| C. Barr Flinn<br>John W. Shaw<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 | Chad S. Hummel<br>Kathrin A. Wanner<br>Manatt Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 | Christopher A. Cole<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, N.W.<br>Washington, DC 2005<br><br>Steven F. Reich<br>Jeffrey S. Edelstein<br>Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10004 |

Dated: May 3, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Ronald Rothstein
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Anthony DiSarro
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on May 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on May 3, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and U.S. Mail on the following counsel of record:

>Chad S. Hummel
>Kathrin A. Wanner
>Manatt Phelps & Phillips, LLP
>11355 West Olympic Boulevard
>Los Angeles, CA 90064
>
>Christopher A. Cole
>Manatt, Phelps & Phillips, LLP
>700 12th Street, N.W.
>Washington, DC 2005
>
>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)

536951