IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-654-GMS |
| ) | |
| MAYTAG CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2007, I caused a true and correct copy of **DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** to be served upon the following attorneys of record in the manner indicated below:

| **VIA HAND DELIVERY & E-MAIL**<br>John W. Shaw<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 | **VIA E-MAIL & U.S. MAIL**<br>Chad S. Hummel<br>Kathrin A. Wanner<br>Manatt Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 |
|---|---|
| **VIA E-MAIL & U.S. MAIL**<br>Christopher A. Cole<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, N.W.<br>Washington, DC 2005 | **VIA E-MAIL & U.S. MAIL**<br>Steven F. Reich<br>Jeffrey S. Edelstein<br>Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10004 |

Dated:  May 10, 2007

/s/ James D. Heisman
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Ronald Rothstein
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Anthony DiSarro
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on May 10, 2007, I caused to be electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on May 10, 2007, I caused a copy of the foregoing **Notice of Service** to be served by U.S. mail and email upon the below-listed counsel of record:

> Chad S. Hummel
> Kathrin A. Wanner
> Manatt Phelps & Phillips, LLP
> 11355 West Olympic Boulevard
> Los Angeles, CA 90064
>
> Christopher A. Cole
> Manatt, Phelps & Phillips, LLP
> 700 12th Street, N.W.
> Washington, DC 2005
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

>> /s/ James D. Heisman
>> James D. Heisman (#2746)

538356