IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-654-GMS |
| | ) | |
| v. | ) | **REDACTED** |
| | ) | **VERSION** |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| HOOVER, INC. and | ) | |
| HOOVER PARTNERSHIP L.P. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DANIEL R. MILLER**

# REDACTED IN IT'S ENTIRETY