05/04/2007 14:48 FAX 3304975808                 MARKETING                                        ☒002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-654-GMS |
| | ) | |
| v. | ) | REDACTED |
| | ) | VERSION |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| HOOVER, INC. and | ) | |
| HOOVER PARTNERSHIP L.P. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DAVID BAKER**

# REDACTED IN IT'S ENTIRETY