UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MAYTAG CORPORATION, et al.<br>    Defendant. | Civil Action No. 06-654 (GMS)<br><br>**REDACTED – PUBLIC VERSION** |

### DECLARATION OF SUSAN H. GOLDSMITH

I, Susan Goldsmith, hereby declare, under penalty of perjury, as follows:

  1.  I have reviewed the declaration of Daniel R. Miller, submitted in connection with Defendants' Answering Brief in Opposition to Dyson's Motion for Preliminary Injunction in the above captioned case.

  2.  I am the Managing Director, Director of Technical Services, and a co-owner of Inter Basic Resources, Inc. ("IBR"). IBR, an independent corporation headquartered in Grass Lake, Michigan, provides high accuracy instrumentation and testing services for filter and filtration systems testing.

  3.  I am an active member of ASTM International F11 Committee, which is responsible for F558 (Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners) and F608 (Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners), among other ASTM standards, and Working Group 3 of the International Electrotechnical Commission ("IEC")

Committee for Standard 60312 (Vacuum Cleaners for Household Use – Methods for Measuring the Performance). I have served on the ASTM International F11 Committee for approximately ten years. I have served on the IEC Committee for Standard 60312 for five years. I serve on the general and task levels of the ASTM committees. Many of my fellow members on the IEC Committee for Standard 60312 are representatives from major vacuum manufacturers and distributors.

4. Both the ASTM and IEC are voluntary industry organizations that provide consensus technical standards for materials, products, systems, and services that guide design, manufacturing, and trade in the global economy.

5. As a member of the IEC and ASTM Committees that deal with measuring vacuum cleaner performance, I am intimately familiar with the design, procedure, and theory of vacuum cleaner testing. I am also intimately familiar with how both the ASTM and IEC tests are performed and understand their respective scopes, uses, and limitations.

6. The IBR Test Lab provides comprehensive performance testing services to the vacuum cleaner industry, as well as to the drinking water, automotive, hydraulic, industrial processing, semiconductor, medical, and pharmaceutical industries.

7. IBR regularly conducts vacuum cleaner performance testing in its Test Lab. IBR tests vacuum cleaners according to both the ASTM and IEC standards. Because of its unique capabilities and reputation in the field, IBR has tested vacuum cleaners on behalf of virtually all of the major vacuum cleaner manufacturers throughout the world.

8. The IEC 60312 standard is a consensus standard that was developed by the vacuum cleaner industry over the course of many years to evaluate the performance of vacuum cleaners under consumer-relevant conditions.

9. IEC 60312, part 2.9, of ed 4.0 (FDIS) specifies that the "injection of test dust is terminated when one of the following conditions is first reached:

    9.1 Condition 1: An indicator on the vacuum cleaner signals that the dust receptacle should be emptied or replaced.

    9.2 Condition 2: The observed value of the vacuum has dropped to $40.0^{+0.5}$ % of $h_s$.

    9.3 Condition 3: The amount of injected test dust has reached a total of 50g/L of the maximum usable volume of the dust receptacle."

REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2007.

Susan H. Goldsmith
Managing Director/Director of Technical Services
Inter Basic Resources, Inc.

411161v7.1

**CERTIFICATE OF SERVICE**

I, Chad S.C. Stover, hereby certify that May 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on May 18, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Anthony DiSarro, Esquire
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY  10166

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Chad S.C. Stover*
>C. Barr Flinn  (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>Monté T. Squire (No. 4764)
>Chad S.C. Stover (No. 4919)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>cstover@ycst.com
>
>*Attorneys for Dyson, Inc.*