UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYTAG CORPORATION, et al. <br> Defendant. | Civil Action No. 06-654 (GMS) <br><br> REDACTED – PUBLIC VERSION |

## DECLARATION OF MICHAEL B. MAZIS

I, Michael B. Mazis, hereby declare, under penalty of perjury, as follows:

1. I have reviewed the declaration of Yoram Wind, submitted in connection with Defendants' Answering Brief in Opposition to Dyson's Motion for Preliminary Injunction in the above captioned case.

2. A detailed summary of my qualifications and the results of my consumer survey are set forth in my September 6, 2006 Declaration submitted in support of Dyson's Motion for Preliminary Injunction.

REDACTED

REDACTED

8.  In conducting this study and analyzing its results, I am confident that the methodology utilized, and sample examined in the interview context, followed acceptable and sound survey techniques.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2007.

_____
Dr. Michael B. Mazis

41116245.1

**CERTIFICATE OF SERVICE**

I, Chad S.C. Stover, hereby certify that May 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on May 18, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Anthony DiSarro, Esquire
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY  10166

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Chad S.C. Stover*
>C. Barr Flinn  (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>Monté T. Squire (No. 4764)
>Chad S.C. Stover (No. 4919)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>cstover@ycst.com
>
>*Attorneys for Dyson, Inc.*