IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., | ) | |
|                     Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-654-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| HOOVER COMPANY 1, LP, and | ) | |
| HOOVER, INC., | ) | |
| | ) | |
|                     Defendants. | ) | |

**PLAINTIFF'S RULE 30(b)(6)**
**NOTICE OF DEPOSITION TO DEFENDANTS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Dyson, Inc. will take the deposition upon oral examination of Defendants Maytag Corporation, Hoover Company 1, LP, and Hoover, Inc. through one or more of their officers, directors, managing agents, employees or other persons designated to testify on their behalf, with respect to each of the following subject matters set forth in "Attachment A" hereto.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videographic and/or stenographic means. The deposition will take place at The Crowne Plaza Hotel, 135 South Broadway Street, Akron, Ohio 44308 on July 6, 2007, at 10:00 a.m., or at such other date and time as the parties may mutually agree, and shall continue from day to day thereafter until concluded.

You are requested to produce the witnesses at the agreed time and indicated place and are invited to attend.

                            YOUNG CONAWAY STARGATT
                                  &TAYLOR, LLP

/s/ *signature*
_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

OF COUNSEL:

Chad S. Hummel, Esq.
Kathrin A. Wanner, Esq.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
(310) 312-4000

*Attorneys for Plaintiff Dyson, Inc.*

Dated: May 24, 2007

## ATTACHMENT A

## DEFINITIONS

1.  "Dyson" refers to plaintiff Dyson, Inc. and all of its parents, subsidiaries, and affiliates, and includes all officers, employees, agents, representatives, contractors or consultants of those entities.

2.  "Hoover" refers to defendants Maytag Corporation, Hoover, Inc. and Hoover Company 1, L.P. as well as all of their parents, subsidiaries, affiliates, divisions, joint ventures, and successors in interest and includes all officers, employees, agents, representatives, contractors or consultants of those entities, as well as all advertising agencies, marketing firms and testing or research firms retained by Hoover for work on vacuum cleaners sold in the U.S. since January 1, 2000.

3.  "IEC" means the International Electrotechnical Commission.

## MATTERS OF INQUIRY

1.  Substantiation for any and all advertising and marketing claims made by Hoover regarding the Hoover Fusion and Maytag Legacy vacuum cleaners, including any and all substantiation of claims (and/or qualifiers of those claims) that those vacuum cleaners have "No Loss Of Suction."

2.  The testing and test results of the ASTM International F558 (or F608) test for the Hoover Fusion and Maytag Legacy vacuum cleaners.

3.  The person(s) working at Hoover responsible for substantiating Hoover's advertising claims, how the person(s) makes these assessments, and any policies, procedures or guidelines related to how the person(s) makes these assessments.

4.  The total annual sales, profit and loss statements and analysis, revenue analysis and projections, and income generated from the sale of Hoover vacuum cleaners sold in the United States since 2001.

5.  The impact on sales, profits, revenues, and income, and the methods Hoover uses to quantify these values, resulting from Hoover's use of the "No Loss of Suction" claim.

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that May 24, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on May 24, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL AND FIRST CLASS MAIL**

>Anthony DiSarro, Esquire
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY 10166

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>msquire@ycst.com
>
>*Attorneys for Dyson, Inc.*