# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

June 6, 2007

*VIA ELECTRONIC FILING*
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

Re:   *Dyson, Inc, et al. v. Maytag Corp., et al.,* Civ. Nos. 05-434-GMS and 06-654-GMS

Dear Judge Sleet:

The parties jointly file herewith: (a) a proposed Consent Decree to be entered in both Civil Action Nos. 05-434-GMS and 06-654-GMS (FILED UNDER SEAL); and (b) stipulations of dismissal of Civil Action Nos. 05-434-GMS and 06-654-GMS. The parties jointly seek entry of the Consent Decree, and upon such entry, seek entry of the stipulations of dismissal.

Counsel if available at the Court's convenience should there be any questions.

Respectfully submitted,

Francis DiGiovanni

FD/

cc:   Clerk of the Court (by electronic filing)
    C. Barr Flinn, Esq. (by hand delivery and e-mail)
    John W. Shaw, Esq. (by hand delivery and e-mail)
    Garrard R. Beeney, Esq. (by e-mail)
    Richard C. Pepperman, II (by e-mail)
    Steven F. Reich, Esq. (by e-mail)

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Gregory M. Sleet
June 6, 2007
Page 2

      Chad S. Hummel, Esq. (by e-mail)
      Kimball R. Anderson, Esq. (by e-mail)
      Stephen P. Durchslag, Esquire (by e-mail)
      Ray L. Weber, Esq. (by e-mail)

543464v1

# ATTACHMENT A

# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON, INC., ) | |
| ) | |
|     Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-654-GMS |
| MAYTAG CORPORATION, ) | |
| HOOVER, INC., ) | |
| HOOVER COMPANY I, L.P., ) | |
| ) | |
|     Defendants/Counter-Plaintiffs. ) | |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The undersigned parties, having entered into a settlement agreement, and the Court having entered a Consent Decree in this case, agree and stipulate, subject to the approval of the Court, that:

    1.    The action, and all claims and counterclaims asserted herein, is hereby dismissed with prejudice.

    2.    Each of the parties hereto shall bear its own costs and attorneys' fees.

    3.    This Court shall retain jurisdiction of all matters concerning the settlement in this action, including over the Mutual General Release and Settlement Agreement ("Settlement Agreement") entered into by the parties in this action, for the purpose of enforcing the Settlement Agreement. The Settlement Agreement shall be and is hereby incorporated by reference into this Stipulation and Order.

4. The Court shall further retain jurisdiction as set forth in D.I. 424 (Transcript page 868:10-16).

| | |
|---|---|
| /s/ John W. Shaw                              . <br> C. Barr Flinn (#4092) <br> John W. Shaw (#3362) <br> YOUNG CONAWAY STARGATT & <br>   TAYLOR, LLP <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> Wilmington, Delaware  19801 <br> (302) 571-6000 <br><br> *Attorneys for Plaintiffs* | /s/ Francis DiGiovanni                       . <br> Francis DiGiovanni (#3189) <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building – 8th Floor <br> 1007 N. Orange Street <br> Wilmington, Delaware 19801 <br> (302) 658-9141 <br><br> *Attorneys for Defendants* |

SO ORDERED, this ____ day of June, 2007

_____
United States District Judge